IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M. S. MOTHER OF E. C., T. S.,
V. S., S. S., J.S.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-662
<span style="color:red">**CORRECTED PAGES: pg 1**
<u>**CORRECTION IS UNDERLINED IN RED**</u>
**MAILED: July 6, 2015**
**BY: NMS**</span>

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

     Appellee.

_____/

Opinion filed July 2, 2015.

An appeal from the Circuit Court for Alachua County.
Hon. James P. Nilon, Judge.

Lara A. Mason, Ponte Vedra Beach, for Appellant.

Ward L. Metzger, Jacksonville, <u>and Kelley Schaeffer, Sanford, for Appellee.</u>

PER CURIAM.

    AFFIRMED.

BENTON, MARSTILLER, and OSTERHAUS, JJ., CONCUR.